UNITED STATES of America,
Appellee,

v.

Edward V. BURRIS, Appellant.

No. 01–3804.

United States Court of Appeals,
Eighth Circuit.

Submitted July 5, 2002.

Filed July 8, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

A jury found Edward V. Burris guilty of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The district court[1] sentenced him to 46 months imprisonment and 3 years supervised release. On appeal, Burris argues that the government presented insufficient evidence to prove that he knowingly possessed the firearm.

We conclude that there was sufficient evidence—most notably, Burris's signed statement admitting that he carried the firearm for protection—for a reasonable jury to conclude that Burris knowingly possessed the firearm. *See United States v. Stroh,* 176 F.3d 439, 440 (8th Cir.1999); *United States v. Balanga,* 109 F.3d 1299, 1301 (8th Cir.1997).

1. The HONORABLE NANETTE K. LAUGHREY, United States District Judge for the Western District of Missouri.

Accordingly, we affirm the judgment of the district court.